1  BRIAN J. STRETCH (CABN 163973)
   Acting United States Attorney
2
   DAVID R. CALLAWAY (CABN 121782)
3  Chief, Criminal Division

4  PHILIP KOPCZYNSKI (NYBN 4627741)
   Special Assistant United States Attorney
5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California 94102-3495
       Telephone: (415) 436-7200
7      Facsimile: (415) 436-7027
       philip.kopczynski@usdoj.gov
8
   Attorneys for United States of America
9

10                   UNITED STATES DISTRICT COURT

11                   NORTHERN DISTRICT OF CALIFORNIA

12                          OAKLAND DIVISION

13  UNITED STATES OF AMERICA,        )   No. 15-CR-424 KAW
                                     )
14       Plaintiff,                  )   STIPULATION TO CONTINUE
                                     )   STATUS HEARING;
15       v.                          )   [PROPOSED] ORDER
                                     )
16  MANIIMAH L. THORNTON,            )   Oakland Venue
                                     )
17       Defendant.                  )
                                     )

18

19                          **STIPULATION**

20       Plaintiff the United States of America, by and through Special Assistant United States Attorney

21  Philip Kopczynski, and Defendant Maniimah Thornton, by and through Assistant Federal Public

22  Defender Angela Hansen, hereby stipulate that, with the Court's approval, the status hearing currently

23  scheduled for November 23, 2015 at 9:30 a.m. should be continued to June 1, 2016 at 9:30 a.m.  The

24  reason for this requested continuance is as follows.  Pretrial Services has concluded that the defendant is

25  eligible for diversion, and the parties expect to sign a pretrial diversion agreement within a matter of

26  days.  Under the terms of the agreement, if the defendant complies with the conditions of her diversion

27  for six months to the United States' satisfaction, then the United States will move to dismiss the

28  captioned Information.  Accordingly, the parties respectfully submit that there is no need for a status

STIP. AND PROPOSED ORDER
NO. CR 15-424 KAW

1  hearing at this time.

2      IT IS SO STIPULATED.

3  Dated: November 19, 2015      \_\_\_/s/_____
    PHILIP KOPCZYNSKI
    Special Assistant United States Attorney

6  Dated: November 19, 2015      \_\_\_/s/ _____
    ANGELA M. HANSEN
    Attorney for Defendant

## [PROPOSED] ORDER

    GOOD CAUSE APPEARING, upon stipulation of the parties,

    IT IS HEREBY ORDERED that the status hearing set for November 23, 2015 at 9:30 a.m. shall be continued to June 1, 2016 at 9:30 a.m.

    IT IS SO ORDERED.

Dated: November 20, 2015      _____
    HON. KANDIS A. WESTMORE
    United States Magistrate Judge