BRIAN J. STRETCH (CABN 163973)
United States Attorney

DAVID R. CALLAWAY (CABN 121782)
Chief, Criminal Division

PHILIP KOPCZYNSKI (NYBN 4627741)
Special Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    Facsimile: (415) 436-7027
    philip.kopczynski@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR 15-424 KAW |
| Plaintiff, | |
| v. | NOTICE OF DISMISSAL |
| MANIIMAH L. THORNTON, | OAKLAND VENUE |
| Defendant. | |

    With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses the charge against Maniimah Thornton in the captioned Information.

    The United States charged the defendant in an Information filed on August 27, 2015, with obstruction of mail in violation of 18 U.S.C. § 1701, a Class B Misdemeanor. In November 2015, the parties agreed to a six-month period of diversion. At this time, the United States believes the interests of justice would be served by dismissing the charge against the defendant.

    Therefore, with leave of the Court, the United States dismisses the Information. The United

///

///

NOTICE OF DISMISSAL
NO. 15-CR-424 KAW

1  States also asks that the Court vacate the status hearing scheduled for June 1, 2016.

2  DATED: May 13, 2016                        Respectfully submitted,

3                                              BRIAN J. STRETCH
                                               United States Attorney
4

5                                              _____
                                               DANIEL KALEBA
6                                              Chief, General Crimes Section

7

8                        **[~~PROPOSED~~] ORDER**

9      Leave is granted to the United States of America to dismiss the Information against Maniimah

10 Thornton. The status hearing scheduled for June 1, 2016 is vacated.

11 DATED: May 17, 2016                         _____
                                               HON. KANDIS A. WESTMORE
12                                             United States Magistrate Judge

NOTICE OF DISMISSAL
NO. 15-CR-424 KAW